**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ALEXIS HENDRY,

    Plaintiff,

v.                                          Case No.  8:10-cv-1849-T-30TGW

TAMPA SHIP, LLC and JACK EDWARDS,

    Defendants.
_____/

**ORDER OF DISMISSAL**

    Before the Court is the Joint Stipulation of Voluntary Dismissal With Prejudice (Dkt. #21). Upon review and consideration, it is

    **ORDERED AND ADJUDGED** as follows:

1. The Joint Stipulation of Voluntary Dismissal With Prejudice (Dkt. #21) is GRANTED.

2. This cause is dismissed with prejudice, with the parties to bear their own attorneys' fees and costs.

3. All pending motions are denied as moot.

4. The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on March 14, 2011.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2010\10-cv-1849.dismiss 21.wpd